JAMES MCMAHON, as Administrator, etc., of NORA MCMAHON, Deceased, Respondent, v. JOSEPH V. MITCHELL and Others, as Administrators, etc., of PATRICK J. CRONIN, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.